UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT NORFOLK, # 234993,           )
                                    )
            Petitioner,              )   Case No. 1:04-cv-573
                                    )
v.                                   )   Honorable Robert Holmes Bell
                                    )
MARY BERGHUIS,                       )   **MEMORANDUM OPINION**
                                    )
            Respondent.              )
_____  )

      This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254. Petitioner received a jury trial in Oakland County Circuit Court in January 2002. The jury found petitioner guilty of carrying a concealed weapon, MICH. COMP. LAWS § 750.227, felonious assault, MICH. COMP. LAWS § 750.82, and possession of a firearm during the commission of a felony, MICH. COMP. LAWS § 750.227b. Petitioner was unable to convince Michigan's appellate courts to overturn his convictions. He filed a timely petition in this court for a writ of habeas corpus. The matter is now before the court for *de novo* review on petitioner's objections (docket # 27) to a thirty-seven page report and recommendation filed on March 16, 2006, by United States Magistrate Judge Joseph G. Scoville recommending that the petition be denied for lack of merit in the grounds raised. (docket # 26).

      Petitioner makes a general objection to the report and recommendation. (docket # 27 at 2). The failure to file specific objections to a magistrate's report and recommendation generally constitutes a waiver of those objections, and a general objection is treated as a failure to

object. *See Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004).  The court finds that petitioner has waived any objections.  Assuming *arguendo* that petitioner had filed specific objections, the court would, in any event, find persuasive the report and recommendation's analysis and recommendation that the petition be denied.

Accordingly, the report and recommendation will be adopted as the court's opinion and the petition will be denied.


Date:     April 4, 2006                             /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       CHIEF UNITED STATES DISTRICT  JUDGE