UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT NORFOLK, # 234993,     )
                              )
          Petitioner,         )     Case No. 1:04-cv-573
                              )
v.                            )     Honorable Robert Holmes Bell
                              )
MARY BERGHUIS,                )     **JUDGMENT**
                              )
          Respondent.         )
_____)

In accordance with the Memorandum Opinion issued herewith,

IT IS ORDERED that petitioner's objections (docket # 27) are OVERRULED.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (docket # 26) is ADOPTED as the court's opinion.

IT IS FURTHER ORDERED that the petition for habeas corpus relief be and hereby is DENIED.

Date:   April 4, 2006          /s/ Robert Holmes Bell
                               ROBERT HOLMES BELL
                               CHIEF UNITED STATES DISTRICT JUDGE